**United States Bankruptcy Court**
**Western District of New York**

**IN RE:** Case No. ______

**Stanford, Geneva** Chapter **7**

Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . $ **850.00**

   Prior to the filing of this statement I have received . . . . . . $ **850.00**

   Balance Due . . . . . . $ **0.00**

2. The source of the compensation paid to me was: ☑ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is: ☐ Debtor ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters~~;
   e. [Other provisions as needed]

   **No other services**

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

   **No other services**

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 13, 2005**
Date

***/s/ Nicholas W. Hicks, Esq.***
Signature of Attorney

**Nicholas W. Hicks, Esq.**
Name of Law Firm

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case 1-05-91665-MJK, Doc 1, Filed 10/13/05, Entered 10/13/05 17:21:37,
Description: Main Document , Page 1 of 38

(Official Form 1) (12/03)

FORM B1

# United States Bankruptcy Court
# Western District of New York

# Voluntary Petition

| Debtor | Joint Debtor |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **Stanford, Geneva** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): **6144** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code): **658 Northumberland Ave Buffalo, NY 14215-2762** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business: **Erie** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor (if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)

- [x] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other ____________
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 13
- [ ] Chapter 9
- [ ] Chapter 12
- [ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)

- [x] Consumer/Non-Business
- [ ] Business

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)

- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): **Stanford, Geneva**

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| **None** | | |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| **None** | | |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ***/s/ Geneva Stanford***
Signature of Debtor **Geneva Stanford**

X ____________________
Signature of Joint Debtor

____________________
Telephone Number (If not represented by attorney)

**October 13, 2005**
Date

### Signature of Attorney

X ***/s/ Nicholas W. Hicks, Esq.***
Signature of Attorney for Debtor(s)

**Nicholas W. Hicks, Esq.**
Printed Name of Attorney for Debtor(s)

**Nicholas W. Hicks, Esq.**
Firm Name

**69 Delaware Ave., Suite 711**
Address

**Buffalo, NY 14202**

____________________
Telephone Number

**October 13, 2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ____________________
Signature of Authorized Individual

____________________
Printed Name of Authorized Individual

____________________
Title of Authorized Individual

____________________
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X ***/s/ Nicholas W. Hicks, Esq.*** **10/13/05**
Signature of Attorney for Debtor(s) Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

____________________
Printed Name of Bankruptcy Petition Preparer

____________________
Social Security Number (Required by 11 U.S.C. § 110(c).)

____________________
Address

____________________

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X ____________________
Signature of Bankruptcy Petition Preparer

____________________
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Western District of New York**

**IN RE:** Case No. ________________________

**Stanford, Geneva** Chapter **7**

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| | | | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
| A - Real Property | **Yes** | **1** | **33,800.00** | | |
| B - Personal Property | **Yes** | **2** | **8,112.00** | | |
| C - Property Claimed as Exempt | **Yes** | **1** | | | |
| D - Creditors Holding Secured Claims | **Yes** | **1** | | **30,226.00** | |
| E - Creditors Holding Unsecured Priority Claims | **Yes** | **2** | | **156.00** | |
| F - Creditors Holding Unsecured Nonpriority Claims | **Yes** | **10** | | **51,691.00** | |
| G - Executory Contracts and Unexpired Leases | **Yes** | **1** | | | |
| H - Codebtors | **Yes** | **1** | | | |
| I - Current Income of Individual Debtor(s) | **Yes** | **1** | | | **1,409.00** |
| J - Current Expenditures of Individual Debtor(s) | **Yes** | **1** | | | **2,206.00** |
| Total Number of Sheets in Schedules | | **21** | | | |
| | | Total Assets | **41,912.00** | | |
| | | | Total Liabilities | **82,073.00** | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Stanford, Geneva                                        Case No. ____________

Debtor(s)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a security interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 658 Northumberland Ave., Buffalo, NY 14215 | Fee Simple | | 33,800.00 | 27,226.00 |
| | | TOTAL | 33,800.00 | |

(Report also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Stanford, Geneva** Case No. ____________

Debtor(s)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attached a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions only in Schedule C - Property Claimed as Exempt.

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leased.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account located at Key Bank** | | **0.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Household goods and furnishings in debtors possession** | | **1,200.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Wearing apparel in debtors possession** | | **750.00** |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Stanford, Geneva** Case No. ____________

Debtor(s)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1991 Ford Escort SE** | | **3,950.00** |
| | | **1991 Ford Tempo** | | **2,212.00** |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | **8,112.00** |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**0** continuation sheets attached

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Stanford, Geneva** Case No. ______

Debtor(s)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). NOTE: These exemptions are available only in certain states.

☑ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **658 Northumberland Ave., Buffalo, NY 14215** | **CPLR § 5206(a)** | **10,000.00** | **33,800.00** |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Household goods and furnishings in debtors possession** | **CPLR § 5205(a)(5)** | **1,200.00** | **1,200.00** |
| **Wearing apparel in debtors possession** | **CPLR § 5205(a)(5)** | **750.00** | **750.00** |
| **1991 Ford Tempo** | **Debtor & Creditor Law § 282(1)** | **2,212.00** | **2,212.00** |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case 1-05-91665-MJK, Doc 1, Filed 10/13/05, Entered 10/13/05 17:21:37, Description: Main Document , Page 8 of 38

IN RE Stanford, Geneva Case No. ____________
Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>CAPITAL ONE AUTO FINANCE<br>PO BOX 255605<br>SACRAMENTO, CA 95865-5605 | | | Incurred 2001: Auto loan on 1991 Ford Escort SE<br>Value $ 3,950.00 | | | | 3,000.00 | |
| Account No. 0014165302<br>CHASE HOME FINANCE<br>2201 E CAMELBACK RD<br>PHOENIX, AZ 85016-3431 | | | Incurred 2000: Mortgage on 658 Northumberland Ave., Buffalo, NY 14215<br>Value $ 33,800.00 | | | | 27,226.00 | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

0 Continuation Sheets attached

Subtotal (Total of this page) 30,226.00

(Complete only on last sheet of Schedule D) **TOTAL** 30,226.00

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Stanford, Geneva** Case No. ______________________

Debtor(s)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entiry on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**
(Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2)

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3), as amended by § 1401 of Pub L. 109-8.

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑ **Taxes and Other Certain Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**1** Continuation Sheets attached

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Stanford, Geneva** Case No. ______________
Debtor(s)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

## Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| Account No. **30,155**<br>**ERIE COUNTY TAX DEPARTMENT<br>ROOM 100<br>95 FRANKLIN ST<br>BUFFALO, NY 14202-3925** | | | **Incurred 2005: Taxes** | | | | **156.00**<br>**156.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet **1** of **1** Continuation Sheets attached to Schedule E

| | |
|---|---|
| Subtotal (Total of this page) | **156.00** |
| (Complete only on last sheet of Schedule E) **TOTAL** | **156.00** |

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Stanford, Geneva Case No. ______________
Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9364613**<br>**ACADEMY COLLECTION SERVICE, INC.<br>10965 DECATUR RD<br>PHILADELPHIA, PA 19154-3210** | | | **Duplicate Listing: Collection Agency collecting for Premier Bankcard Inc.** | | | | **0.00** |
| Account No. **9973323**<br>**ACADEMY COLLECTION SERVICE, INC.<br>10965 DECATUR RD<br>PHILADELPHIA, PA 19154-3210** | | | **Duplicate Listing: Collection Agency collecting for Citibank** | | | | **0.00** |
| Account No. **5407-9150-0675-9820**<br>**ACCOUNTS RECEIVABLE MANAGEMENT, INC.<br>PO BOX 129<br>THOROFARE, NJ 08086-0129** | | | **Duplicate Listing: Collection Agency collecting for HSBC Card Services** | | | | **0.00** |
| Account No. **4045-2281-0003-6348**<br>**ACTION CARD<br>PO BOX 790211<br>SAINT LOUIS, MO 63179-0211** | | | **Duplicate Listing: Issued BankFirst credit card** | | | | **0.00** |
| Account No. **01-001190-2297728-00**<br>**ADELPHIA CABLE<br>355 CHICAGO ST<br>BUFFALO, NY 14204-2069** | | | **Incurred 2005: Cable service** | | | | **152.00** |

**9** Continuation Sheets attached

| | |
|---|---|
| Subtotal (Total of this page) | **152.00** |
| (Complete only on last sheet of Schedule F) **TOTAL** | |

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Stanford, Geneva Case No. ____________
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4121-7415-3606-1109**<br>**ALLIANCE ONE**<br>**1160 CENTRE POINTE DR STE 1**<br>**MENDOTA HEIGHTS, MN 55120-1270** | | | **Duplicate Listing: Collection Agency collecting for Capital One** | | | | **0.00** |
| Account No. **3739-973113-31009**<br>**AMERICAN EXPRESS**<br>**777 AMERICAN EXPRESS WAY**<br>**FORT LAUDERDALE, FL 33337-0001** | | | **Incurred 2002:Revolving Credit** | | | | **1,454.00** |
| Account No. **1435515**<br>**ANCHOR RECEIVABLES MANAGEMENT**<br>**DEPT. 606**<br>**CONCORD, CA 94524-4115** | | | **Duplicate Listing: Collection Agency collecting for First North American National Bank** | | | | **0.00** |
| Account No. **26397215**<br>**ARROW FINANCIAL SERVICES**<br>**5996 W TOUHY AVE**<br>**NILES, IL 60714-4610** | | | **Duplicate Listing: Collection Agency collecting for Citibank** | | | | **0.00** |
| Account No. **4621-2050-4112-9947**<br>**ASSOCIATED RECOVERY SYSTEMS**<br>**PO BOX 469046**<br>**ESCONDIDO, CA 92046-9046** | | | **Duplicate Listing: Collection Agency collecting for Citibank** | | | | **0.00** |
| Account No. **6046555-NAGEZ2**<br>**At & T**<br>**PO Box 8212**<br>**Aurora, IL 60572-8212** | | | **Incurred 2004: Telephone service** | | | | **383.00** |
| Account No. **4045-2281-0003-6348**<br>**BANK FIRST CARD CENTER**<br>**2600 W 49TH ST**<br>**SIOUX FALLS, SD 57105-6557** | | | **Incurred 2004: Revolving Credit (card was issued by Action Card)** | | | | **681.00** |

Sheet **1** of **9** Continuation Sheets attached to Schedule F

Subtotal (Total of this page) **2,518.00**

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Stanford, Geneva** Case No. ____________

Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **447-1622-8164-8581**<br>**BANK ONE**<br>**201 N CENTRAL AVE**<br>**PHOENIX, AZ 85004-0073** | | | **Incurred 2004: Revolving Credit** | | | | **2,788.00** |
| Account No. **74361**<br>**BARZMAN, KASIMOV & VIETH, D.D.S., P.C.**<br>**2430 N FOREST RD**<br>**GETZVILLE, NY 14068-1535** | | | **Incurred 2003: Medical Service** | | | | **100.00** |
| Account No. **4121-7415-3606-1109**<br>**CAPITAL ONE**<br>**PO BOX 85015**<br>**RICHMOND, VA 23285-5015** | | | **Incurred 2004: Revolving Credit** | | | | **662.00** |
| Account No. **4121-7413-6313-0605**<br>**CAPITAL ONE**<br>**PO BOX 85015**<br>**RICHMOND, VA 23285-5015** | | | **Incurred 2004: Revolving Credit** | | | | **772.00** |
| Account No. **716-836-0657-043262**<br>**CBCS**<br>**236 E TOWN ST**<br>**COLUMBUS, OH 43215-4633** | | | **Duplicate Listing: Collection Agency collecting for Verizon Upstate FR** | | | | **0.00** |
| Account No.<br>**CHASE**<br>**100 DUFFY AVE**<br>**HICKSVILLE, NY 11801-3639** | | | **Incurred 2004: Revolving Credit** | | | | **2,688.00** |
| Account No. **4621-2050-4112-9947**<br>**CITI**<br>**PO BOX 6500**<br>**SIOUX FALLS, SD 57117-6500** | | | **Incurred 2004: Revolving Credit** | | | | **504.00** |

Sheet **2** of **9** Continuation Sheets attached to Schedule F

Subtotal (Total of this page) **7,514.00**

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

                                    IN RE **Stanford, Geneva** Case No. ______________________

Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5419-3108-6112-6701**<br>**CITI**<br>**PO BOX 6500**<br>**SIOUX FALLS, SD 57117-6500** | | | **Incurred 2004: Revolving Credit** | | | | **463.00** |
| Account No. **4317-9570-4010-4920**<br>**CITI BANK**<br>**1205 NIAGARA FALLS BLVD**<br>**BUFFALO, NY 14226-1104** | | | **Incurred 2004: Revolving Credit** | | | | **690.00** |
| Account No. **01-001190-2297728-00**<br>**CREDIT PROTECTION ASSOCIATION, L.P.**<br>**13355 NOEL RD**<br>**DALLAS, TX 75240-6602** | | | **Duplicate Listing: Collection Agency collecting for Adelphia Cable** | | | | **0.00** |
| Account No. **5458-0005-4500-1220**<br>**DIRECT MERCHANTS BANK**<br>**PO BOX 21550**<br>**TULSA, OK 74121-1550** | | | **Incurred 2003: Revolving Credit** | | | | **5,802.00** |
| Account No. **16844868 & 9033341**<br>**DIRECTV**<br>**390 MAIN ST**<br>**BUFFALO, NY 14202-3702** | | | **Incurred 2004: Television service** | | | | **226.00** |
| Account No. **5770-9129-1811-7835**<br>**ENHANCED RECOVERY CORPORATION**<br>**8014 BAYBERRY RD**<br>**JACKSONVILLE, FL 32256-7412** | | | **Duplicate Listing: Collection Agency collecting for original creditor FCNB-Newport News/Eddie Bauer/Spiegel (Cardholder Management Services LLC)** | | | | **0.00** |
| Account No. **4071-7600-0833-1162**<br>**FIRST CONSUMERS N.B.**<br>**4800 MEADOWS RD**<br>**LAKE OSWEGO, OR 97035-4264** | | | **Incurred 2004: Revolving Credit** | | | | **963.00** |

Sheet **3** of **9** Continuation Sheets attached to Schedule F

Subtotal (Total of this page) **8,144.00**

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Stanford, Geneva** Case No. ____________
Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4328-2301-0017-5595**<br>**FIRST NATIONAL BANK OF OMAHA**<br>**PO BOX 9201**<br>**OLD BETHPAGE, NY 11804-9001** | | | **Incurred date unknown: Revolving Credit** | | | | **1,249.00** |
| Account No. **5410-1893-0132-4764**<br>**FIRST NATIONAL BANK OF OMAHA**<br>**PO BOX 9201**<br>**OLD BETHPAGE, NY 11804-9001** | | | **Duplicate Listing: Formerly Wells Fargo** | | | | **0.00** |
| Account No. **4435-4890-0094-2146**<br>**FIRST NORTH AMERICAN NATIONAL BANK**<br>**PO BOX 100043**<br>**KENNESAW, GA 30156-9243** | | | **Incurred 2004: Revolving Credit** | | | | **4,826.00** |
| Account No. **5178-0070-9943-8202**<br>**FIRST PREMIER BANK**<br>**PO BOX 5524**<br>**SIOUX FALLS, SD 57117-5524** | | | **Incurred 2003: Revolving Credit** | | | | **455.00** |
| Account No. **4417-1622-8164**<br>**FIRST USA BANK**<br>**201 N WALNUT ST FL 6**<br>**WILMINGTON, DE 19801-2920** | | | **Incurred 2000: Revolving Credit** | | | | **2,788.00** |
| Account No. **4435-4890-0094**<br>**FLEET CREDIT CARD SERVICES**<br>**PO BOX 17192**<br>**WILMINGTON, DE 19850-7192** | | | **Incurred 1995: Revolving Credit** | | | | **4,826.00** |
| Account No. **8962420**<br>**HARVARD COLLECTION SERVICES, INC.**<br>**RECOVERY UNIT-888/828-1616**<br>**4839 N ELSTON AVE**<br>**CHICAGO, IL 60630-2534** | | | **Duplicate Listing: Collection Agency collecting for Bank One** | | | | **0.00** |

Sheet **4** of **9** Continuation Sheets attached to Schedule F

Subtotal (Total of this page) **14,144.00**

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Stanford, Geneva Case No. ____________

Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5407-9150-0675-9820**<br>**HSBC CARD SERVICES**<br>**PO BOX 17051**<br>**BALTIMORE, MD 21297-1051** | | | **Incurred 2005: Loan** | | | | **1,260.00** |
| Account No.<br>**JC PENNEY**<br>**PO BOX 981131**<br>**EL PASO, TX 79998-1131** | | | **Incurred 2002: Incident regarding Wynton E. Garner in store #2364.** | | | | **435.00** |
| Account No. **096277202**<br>**JDM**<br>**TSYS TOTAL DEBT MANAGEMENT, INC.**<br>**PO BOX 6700**<br>**NORCROSS, GA 30091-6700** | | | **Duplicate Listing: Collection Agency collecting for Capital One** | | | | **0.00** |
| Account No.<br>**JPMORGANCHASE LEGAL DEPARTMENT**<br>**100 DUFFY AVE # 3H2**<br>**HICKSVILLE, NY 11801-3639** | | | **Duplicate Listing: Attorneys collecting on behalf of Chase Manhattan Bank USA** | | | | **0.00** |
| Account No. **4317-9570-4010-4920**<br>**KEY BANK**<br>**PO BOX 919**<br>**ALBANY, NY 12201-0919** | | | **Incurred 2004: Revolving Credit** | | | | **679.00** |
| Account No. **32702001**<br>**KEY BANK**<br>**PO BOX 919**<br>**ALBANY, NY 12201-0919** | | | **Incurred 2001: Loan** | | | | **1,000.00** |
| Account No.<br>**KEY BANK**<br>**20 CEDAR ST**<br>**KERHONKSON, NY 12446-3608** | | | **Bank garnishing for Chase Manhattan Bank USA** | | | | **0.00** |

Sheet **5** of **9** Continuation Sheets attached to Schedule F

Subtotal (Total of this page) **3,374.00**

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Stanford, Geneva Case No. ____________

Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 4045-2281-0003-6348<br>LIBERTY POINT FUNDING I, LLC<br>1951 N ALMA SCHOOL RD<br>CHANDLER, AZ 85224-2840 | | | Duplicate Listing: Collection Agency collecting for Bank First/Action Card | | | | 0.00 |
| Account No. 0154-2619-9140-05484<br>LVNV FUNDING<br>PO BOX 10497<br>GREENVILLE, SC 29603-0497 | | | Nature of debt unknown | | | | 5,320.00 |
| Account No. 1TS67088<br>MCI TELECOMMUNICATIONS<br>CONSUMER MARKETS<br>500 TECHNOLOGY DR STE 820<br>SAINT CHARLES, MO 63304-2251 | | | Incurred 2004: Telephone service | | | | 1,049.00 |
| Account No. 15-055758882<br>MERCHANTS' CREDIT GUIDE CO.<br>223 W JACKSON BLVD<br>CHICAGO, IL 60606-6908 | | | Duplicate Listing: Collection Agency collecting for Direct Merchants | | | | 0.00 |
| Account No. 8510589275<br>MIDLAND CREDIT MANAGEMENT<br>PO BOX 939019<br>SAN DIEGO, CA 92193-9019 | | | Duplicate Listing: Collection Agency collecting for Key Bank (original creditor-Associates) | | | | 0.00 |
| Account No. 4071-7600-0833-1162<br>NATIONAL ACTION FINANCIAL SERVICES, INC.<br>165 LAWRENCE BELL DR STE 100 PO BOX 9027<br>WILLIAMSVILLE, NY 14221-7817 | | | Duplicate Listing: Collection Agency collecting for First Consumers National Bank | | | | 0.00 |
| Account No. 77YF8W<br>NCO FINANCIAL SYSTEMS INC.<br>507 PRUDENTIAL RD<br>HORSHAM, PA 19044-2308 | | | Duplicate Listing: Collection Agency collecting for First National Bank of Omaha formerly Wells Fargo | | | | 0.00 |

Sheet 6 of 9 Continuation Sheets attached to Schedule F

Subtotal (Total of this page) 6,369.00

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Stanford, Geneva                Case No. ____________

Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 4121-7413-6313-0605<br>NCO FINANCIAL SYSTEMS INC.<br>507 PRUDENTIAL RD<br>HORSHAM, PA 19044-2308 | | | Duplicate Listing: Collection Agency collecting for Capital One | | | | 0.00 |
| Account No. NYA2038582<br>PALMER, REIFLER & ASSOCIATES, P.A.<br>115 E 57TH ST 11TH FL<br>NEW YORK, NY 10022-2049 | | | Duplicate Listing: Attorneys Collecting on behalf of JC Penney | | | | 0.00 |
| Account No. 51266092-10<br>PLAZA ASSOCIATES<br>370 7TH AVE<br>NEW YORK, NY 10001-3901 | | | Duplicate Listing: Collection Agency collecting for Citibank | | | | 0.00 |
| Account No. 8149294<br>PROTOCOL RECOVERY SERVICE INC.<br>509 MERCER AVE<br>PANAMA CITY, FL 32401-2631 | | | Duplicate Listing: Collection Agency collecting for Direct Merchants | | | | 0.00 |
| Account No. 0007-7382-2529-8189<br>RADIO SHACK<br>3015 SHERIDAN DR<br>AMHERST, NY 14226-1910 | | | Incurred 2004: Revolving Credit | | | | 1,275.00 |
| Account No. 3261504<br>RECEIVABLES MANAGEMENT SOLUTIONS<br>260 E. WENTWORTH AVE. WEST ST. PAUL<br>SAINT PAUL, MN 55118 | | | Duplicate Listing: Collection Agency collecting for Spiegel | | | | 0.00 |
| Account No. 9033341 & 16844868<br>RIDDLE & ASSOCIATES, P.C.<br>PO BOX 1187<br>SANDY, UT 84091-1187 | | | Duplicate Listing: Collection Agency collecting for Directv | | | | 0.00 |

Sheet 7 of 9 Continuation Sheets attached to Schedule F

Subtotal (Total of this page) 1,275.00

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Stanford, Geneva Case No. ____________

Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 1915121909801<br>RISK MANAGEMENT ALTERNATIVES, INC.<br>802 E MARTINTOWN RD STE 201<br>NORTH AUGUSTA, SC 29841-5352 | | | Duplicate Listing: Collection Agency collecting for AT&T CCO | | | | 0.00 |
| Account No. 1828615-RMAAMX<br>RISK MANAGEMENT ALTERNATIVES, INC.<br>802 E MARTINTOWN RD STE 201<br>NORTH AUGUSTA, SC 29841-5352 | | | Duplicate Listing: Collection Agency collecting for American Express | | | | 0.00 |
| Account No. 1846302/70<br>SECURITY CREDIT SYSTEMS, INC.<br>1250 NIAGARA ST<br>BUFFALO, NY 14213-1502 | | | Duplicate Listing: Collection Agency collecting for Barzman & Kazimov & Vieth DDS | | | | 0.00 |
| Account No. 5770-9129-1811-7835<br>SPIEGEL<br>101 CROSSWAYS PARK DR W<br>WOODBURY, NY 11797-2020 | | | Incurred 2003: Mail order | | | | 6,514.00 |
| Account No. 11403212 & 297676809<br>SUPERIOR ASSET MANAGEMENT, INC.<br>PO BOX 1205<br>OAKS, PA 19456-1205 | | | Duplicate Listing: Collection Agency collecting for T Mobile | | | | 0.00 |
| Account No. 297676809 & 11403212<br>T MOBILE<br>PO BOX 37380<br>ALBUQUERQUE, NM 87176-7380 | | | Incurred 2005: Cellular Phone service | | | | 365.00 |
| Account No. 4621-2050-4112-9947<br>THE ASSOCIATES<br>PO BOX 142319<br>IRVING, TX 75014-2319 | | | Duplicate Listing: Collection Agency collecting for Citibank | | | | 0.00 |

Sheet 8 of 9 Continuation Sheets attached to Schedule F

Subtotal (Total of this page) 6,879.00

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4317-9570-4010-4920**<br>**UNITED COLLECTION BUREAU, INC.<br>7017 PEARL RD STE 206<br>MIDDLEBURG HEIGHTS, OH 44130-4974** | | | **Duplicate Listing: Collection Agency collecting for Citi Bank** | | | | **0.00** |
| Account No. **24569667**<br>**VAN RU CREDIT CORPORATION<br>8550 ULMERTON RD STE 225<br>LARGO, FL 33771-5351** | | | **Duplicate Listing: Collection Agency collecting for LVNV Funding LLC** | | | | **0.00** |
| Account No. **716-836-0657-043262**<br>**VERIZON<br>PO BOX 920041<br>DALLAS, TX 75392-0041** | | | **Incurred 2003: Telephone service** | | | | **73.00** |
| Account No. **5410-1893-0132-4764**<br>**WELLS FARGO<br>800 WALNUT ST<br>DES MOINES, IA 50309-3605** | | | **Incurred 2004: Revolving Credit** | | | | **1,249.00** |
| Account No. **2740866**<br>**WEST ASSET MANAGEMENT, INC.<br>2253 NW PKWY SE<br>MARIETTA, GA 30067-8764** | | | **Duplicate Listing: Collection Agency collecting for First Consumers N.B.** | | | | **0.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet **9** of **9** Continuation Sheets attached to Schedule F

Subtotal (Total of this page) **1,322.00**

(Complete only on last sheet of Schedule F) **TOTAL** **51,691.00**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Stanford, Geneva Case No. ____________________

Debtor(s)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete addresses of all other parties to each lease or contract described.
**NOTE:** A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
| --- | --- |
| | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Stanford, Geneva                                                                                  Case No. ____________

Debtor(s)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Stanford, Geneva — Debtor(s) — Case No. ______

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| **Single** | **Son** | **18** |
| | **Son** | **16** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Sales Rep. ---------------- Agent** | |
| Name of Employer | **CPI AAA------------------ & Install Inc.** | |
| How long employed | **5 Months -----------------1 Month** | |
| Address of Employer | **1339 Main Street -------241 Main St.**<br>**Buffalo, NY ---------------Buffalo, NY 14202** | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rata if not paid monthly) | $ 1,909.00 | $ |
| Estimated monthly overtime | $ | $ |
| **SUBTOTAL** | $ 1,909.00 | $ |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ 500.00 | $ |
| b. Insurance | $ | $ |
| c. Union dues | $ | $ |
| d. Other (specify) | $ | $ |
| | $ | $ |
| **SUBTOTAL OF PAYROLL DEDUCTIONS** | $ 500.00 | $ |
| **TOTAL NET MONTHLY TAKE HOME PAY** | $ 1,409.00 | $ |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| Income from real property | $ | $ |
| Interest and dividends | $ | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| Social Security or other government assistance (Specify) | $ | $ |
| | $ | $ |
| Pension or retirement income | $ | $ |
| Other monthly income (Specify) | $ | $ |
| | $ | $ |
| | $ | $ |
| **TOTAL MONTHLY INCOME** | $ 1,409.00 | $ |

**TOTAL COMBINED MONTHLY INCOME $ 1,409.00** (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Stanford, Geneva — Debtor(s) — Case No. ____

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| Item | Amount |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 267.00 |
| Are real estate taxes included? Yes ___ No ✓ | |
| Is property insurance included? Yes ___ No ✓ | |
| Utilities: Electricity and heating fuel | $ 100.00 |
| Water and sewer | $ 30.00 |
| Telephone | $ 100.00 |
| Other **CABLE** | $ 60.00 |
| **PERSONAL CARE ITEMS** | $ 60.00 |
| | $ |
| Home maintenance (repairs and upkeep) | $ |
| Food | $ 550.00 |
| Clothing | $ 100.00 |
| Laundry and dry cleaning | $ 100.00 |
| Medical and dental expenses | $ |
| Transportation (not including car payments) | $ 150.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 150.00 |
| Charitable contributions | $ |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | $ 50.00 |
| Life | $ |
| Health | $ |
| Auto | $ 156.00 |
| Other | $ |
| | $ |
| | $ |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) **Taxes** | $ 100.00 |
| | $ |
| | $ |
| Installment payments (in chapter 12 and 13 cases, do not list payments to be included in the plan) | |
| Auto | $ 233.00 |
| Other | $ |
| | $ |
| Alimony, maintenance, and support paid to others | $ |
| Payments for support of additional dependents not living at your home | $ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| Other | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| **TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)** | $ **2,206.00** |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

A. Total projected monthly income $ ____
B. Total projected monthly expenses $ ____
C. Excess income (A minus B) $ ____
D. Total amount to be paid into plan each ____ (interval) $ ____

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Stanford, Geneva Case No. ________________________
Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **22** sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1)

Date: **October 13, 2005** Signature: ***/s/ Geneva Stanford***
**Geneva Stanford** Debtor

Date: __________________________ Signature: ____________________________________________
(Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

______________________________________________
Printed or Typed Name of Bankruptcy Petition Preparer

______________________________
Social Security No.
(Required by 11 U.S.C. § 110(c).)

______________________________________________
______________________________________________
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

______________________________________________
Signature of Bankruptcy Petition Preparer

______________________________
Date

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the ____________________________________________ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the ____________________________________________ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ______________ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1)

Date: __________________________ Signature: ____________________________________________

____________________________________________
(Print or type name of individual signing on behalf of debtor)

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**

**United States Bankruptcy Court**
**Western District of New York**

**IN RE:** Case No. ______________________

**Stanford, Geneva** Chapter **7**

Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

"*In business.*" A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"*Insider.*" The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **10,826.00** | **2004 GROSS INCOME** |

**2. Income other than from employment or operation of business**

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**

None ☑ a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Chase Manhattan Bank USA, N.A. vs. Geneva Stanford/ Index** | **Civil** | **Supreme Court of the State of NY County of Erie** | **Pending** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **NICHOLAS W. HICKS, ESQ.<br>69 DELAWARE AVE RM 711<br>BUFFALO, NY 14202-3801** | **9/27/05** | **850.00** |

**$850.00 for representation in chapter 7 bankruptcy**

**10. Other transfers**

None ☑ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, association, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☑ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only



*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **October 13, 2005** Signature of Debtor ***/s/ Geneva Stanford***
**Geneva Stanford**

Date: ______________ Signature of Joint Debtor (if any) ______________

**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case 1-05-91665-MJK, Doc 1, Filed 10/13/05, Entered 10/13/05 17:21:37,
Description: Main Document , Page 30 of 38

**United States Bankruptcy Court**
**Western District of New York**

**IN RE:** Case No. ______________________

**Stanford, Geneva** Chapter **7**

Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.
2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

*a. Property to be Surrendered*

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME |
|---|---|
| **None** | |

*b. Property to be Retained [Check any applicable statement.]*

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME | PROPERTY IS CLAIMED AS EXEMPT | PROPERTY WILL BE REDEEMED PURSUANT TO 11 U.S.C. § 722 | DEBT WILL BE RE-AFFIRMED PURSUANT TO 11 U.S.C. § 524(C) |
|---|---|---|---|---|
| **1991 Ford Escort SE** | **CAPITAL ONE AUTO FINANCE** | | | ✓ |
| **658 Northumberland Ave., Buffalo, NY 14215** | **CHASE HOME FINANCE** | | | ✓ |
| | **ERIE COUNTY TAX DEPARTMENT** | | | ✓ |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**10/13/2005** — Date

***/s/ Geneva Stanford***
**Geneva Stanford** — Debtor

______________________ Joint Debtor (if applicable)

CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

______________________
Printed or Typed Name of Bankruptcy Petition Preparer

______________________
Social Security No.
(Required by 11 U.S.C. § 110(c).)

______________________
______________________
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

______________________
Signature of Bankruptcy Petition Preparer

______________________
Date

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

ACADEMY COLLECTION SERVICE, INC.
10965 DECATUR RD
PHILADELPHIA, PA  19154-3210


ACCOUNTS RECEIVABLE MANAGEMENT, INC.
PO BOX 129
THOROFARE, NJ  08086-0129


ACTION CARD
PO BOX 790211
SAINT LOUIS, MO  63179-0211


ADELPHIA CABLE
355 CHICAGO ST
BUFFALO, NY  14204-2069


ALLIANCE ONE
1160 CENTRE POINTE DR STE 1
MENDOTA HEIGHTS, MN  55120-1270


AMERICAN EXPRESS
777 AMERICAN EXPRESS WAY
FORT LAUDERDALE, FL  33337-0001


ANCHOR RECEIVABLES MANAGEMENT
DEPT. 606
CONCORD, CA  94524-4115


ARROW FINANCIAL SERVICES
5996 W TOUHY AVE
NILES, IL  60714-4610


ASSOCIATED RECOVERY SYSTEMS
PO BOX 469046
ESCONDIDO, CA  92046-9046

At & T
PO Box 8212
Aurora, IL  60572-8212

BANK FIRST CARD CENTER
2600 W 49TH ST
SIOUX FALLS, SD  57105-6557

BANK ONE
201 N CENTRAL AVE
PHOENIX, AZ  85004-0073

BARZMAN, KASIMOV & VIETH, D.D.S., P.C.
2430 N FOREST RD
GETZVILLE, NY  14068-1535

CAPITAL ONE
PO BOX 85015
RICHMOND, VA  23285-5015

CAPITAL ONE AUTO FINANCE
PO BOX 255605
SACRAMENTO, CA  95865-5605

CBCS
236 E TOWN ST
COLUMBUS, OH  43215-4633

CHASE
100 DUFFY AVE
HICKSVILLE, NY  11801-3639

CHASE HOME FINANCE
2201 E CAMELBACK RD
PHOENIX, AZ  85016-3431

CITI
PO BOX 6500
SIOUX FALLS, SD  57117-6500


CITI BANK
1205 NIAGARA FALLS BLVD
BUFFALO, NY  14226-1104


CREDIT PROTECTION ASSOCIATION, L.P.
13355 NOEL RD
DALLAS, TX  75240-6602


DIRECT MERCHANTS BANK
PO BOX 21550
TULSA, OK  74121-1550


DIRECTV
390 MAIN ST
BUFFALO, NY  14202-3702


ENHANCED RECOVERY CORPORATION
8014 BAYBERRY RD
JACKSONVILLE, FL  32256-7412


ERIE COUNTY TAX DEPARTMENT
ROOM 100
95 FRANKLIN ST
BUFFALO, NY  14202-3925


FIRST CONSUMERS N.B.
4800 MEADOWS RD
LAKE OSWEGO, OR  97035-4264


FIRST NATIONAL BANK OF OMAHA
PO BOX 9201
OLD BETHPAGE, NY  11804-9001

FIRST NORTH AMERICAN NATIONAL BANK
PO BOX 100043
KENNESAW, GA  30156-9243


FIRST PREMIER BANK
PO BOX 5524
SIOUX FALLS, SD  57117-5524


FIRST USA BANK
201 N WALNUT ST FL 6
WILMINGTON, DE  19801-2920


FLEET CREDIT CARD SERVICES
PO BOX 17192
WILMINGTON, DE  19850-7192


HARVARD COLLECTION SERVICES, INC.
RECOVERY UNIT-888/828-1616
4839 N ELSTON AVE
CHICAGO, IL  60630-2534


HSBC CARD SERVICES
PO BOX 17051
BALTIMORE, MD  21297-1051


JC PENNEY
PO BOX 981131
EL PASO, TX  79998-1131


JDM
TSYS TOTAL DEBT MANAGEMENT, INC.
PO BOX 6700
NORCROSS, GA  30091-6700

JPMORGANCHASE LEGAL DEPARTMENT
100 DUFFY AVE # 3H2
HICKSVILLE, NY 11801-3639

KEY BANK
PO BOX 919
ALBANY, NY 12201-0919

KEY BANK
20 CEDAR ST
KERHONKSON, NY 12446-3608

LIBERTY POINT FUNDING I, LLC
1951 N ALMA SCHOOL RD
CHANDLER, AZ 85224-2840

LVNV FUNDING
PO BOX 10497
GREENVILLE, SC 29603-0497

MCI TELECOMMUNICATIONS
CONSUMER MARKETS
500 TECHNOLOGY DR STE 820
SAINT CHARLES, MO 63304-2251

MERCHANTS' CREDIT GUIDE CO.
223 W JACKSON BLVD
CHICAGO, IL 60606-6908

MIDLAND CREDIT MANAGEMENT
PO BOX 939019
SAN DIEGO, CA 92193-9019

NATIONAL ACTION FINANCIAL SERVICES, INC.
165 LAWRENCE BELL DR STE 100 PO BOX 9027
WILLIAMSVILLE, NY 14221-7817

NCO FINANCIAL SYSTEMS INC.
507 PRUDENTIAL RD
HORSHAM, PA  19044-2308


PALMER, REIFLER & ASSOCIATES, P.A.
115 E 57TH ST 11TH FL
NEW YORK, NY  10022-2049


PLAZA ASSOCIATES
370 7TH AVE
NEW YORK, NY  10001-3901


PROTOCOL RECOVERY SERVICE INC.
509 MERCER AVE
PANAMA CITY, FL  32401-2631


RADIO SHACK
3015 SHERIDAN DR
AMHERST, NY  14226-1910


RECEIVABLES MANAGEMENT SOLUTIONS
260 E. WENTWORTH AVE. WEST ST. PAUL
SAINT PAUL, MN  55118


RIDDLE & ASSOCIATES, P.C.
PO BOX 1187
SANDY, UT  84091-1187


RISK MANAGEMENT ALTERNATIVES, INC.
802 E MARTINTOWN RD STE 201
NORTH AUGUSTA, SC  29841-5352


SECURITY CREDIT SYSTEMS, INC.
1250 NIAGARA ST
BUFFALO, NY  14213-1502

SPIEGEL
101 CROSSWAYS PARK DR W
WOODBURY, NY  11797-2020

SUPERIOR ASSET MANAGEMENT, INC.
PO BOX 1205
OAKS, PA  19456-1205

T MOBILE
PO BOX 37380
ALBUQUERQUE, NM  87176-7380

THE ASSOCIATES
PO BOX 142319
IRVING, TX  75014-2319

UNITED COLLECTION BUREAU, INC.
7017 PEARL RD STE 206
MIDDLEBURG HEIGHTS, OH  44130-4974

VAN RU CREDIT CORPORATION
8550 ULMERTON RD STE 225
LARGO, FL  33771-5351

VERIZON
PO BOX 920041
DALLAS, TX  75392-0041

WELLS FARGO
800 WALNUT ST
DES MOINES, IA  50309-3605

WEST ASSET MANAGEMENT, INC.
2253 NW PKWY SE
MARIETTA, GA  30067-8764